| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn (CA Bar No. 97299)<br>  vsahn@sulmeyerlaw.com<br>David J. Richardson (CA Bar No. 168592)<br>  drichardson@sulmeyerlaw.com<br>Asa S. Hami (CA Bar No. 210728)<br>  ahami@sulmeyerlaw.com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California 90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>Attorneys for Plaintiff, Sam Leslie, Plan Agent and Successor-in-interest to the claims of the Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation,<br><br>                                              Debtor(s). | CASE NO.: 2:13-bk-14135-RK<br><br>ADVERSARY NO.: 2:15-ap-01679-RK<br><br>CHAPTER: 11 |
|---|---|
| SAM LESLIE, SUCCESSOR TO THE CLAIMS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY<br><br>                                              Plaintiff(s).<br>                    vs.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation<br><br>                                              Defendant(s). | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: April 26, 2016<br>TIME:   1:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No

3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page):*

See section G, below.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

3. When do you expect to complete <u>your</u> discovery efforts?
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

4. What additional discovery do you require to prepare for trial?
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)?*
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

2. How many witnesses do you intend to call at trial *(including opposing parties)?*
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

3. How many exhibits do you anticipate using at trial?
<u>Plaintiff</u>                                                                                          <u>Defendant</u>

See section G, below.

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |
| See section G, below. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   See section G, below.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | I ☐ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

As this Court is well aware, on March 18, 2016, this Court entered an Order Confirming the Second Amended Plan of Reorganization of Official Committee of Unsecured Creditors as Modified (Main Case Dkt. No. 1873) (the "Confirmation Order").  Pursuant to the Confirmation Order and related Plan, the Official Committee of Unsecured Creditors dissolved on April 6, 2016, the Effective Date, and Sam Leslie became the Plan Agent and real party in interest to continue prosecution of the instant adversary proceeding.  Furthermore, pursuant to an order entered March 1, 2016, granting the stipulation to extend the time for the Defendant's to respond to the Complaint (Adversary Case Dkt. 19), the Defendant has through and including April 29, 2016 to file and serve a response.

Based on the foregoing, Plaintiff respectfully requests a 60-day continuance to allow the response deadline to pass and the Plan Agent to determine how to proceed with the prosecution of this action.

Respectfully submitted,

Date: April 18, 2016

**Sulmeyer**Kupetz, A Professional Corporation
Printed name of law firm

*/s/ Victor A. Sahn*
Signature

Victor A. Sahn
Printed name

Attorney for: Sam Leslie, Plan Agent and Successor-in-interest to the claims of the Official Committee of Unsecured Creditors

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, 35th Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On

April 18, 2016            , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Asa S Hami on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY
ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Daniel A Lev on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY
dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

David J Richardson on behalf of Plaintiff Official Committee Of Unsecured Creditors
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

David J Richardson on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

Victor A Sahn on behalf of Plaintiff Official Committee Of Unsecured Creditors
vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY
vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Jessica Vogel on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY
Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 18, 2016 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ace Gallery New York Corporation
Attn: Douglas Chrismas
5514 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Ace Gallery New York Corporation
Attn: Shirley Holst
13212 Dewey Street
Los Angeles, CA 90036

Carolyn A. Dye
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010

Sam Leslie, Plan Agent
LEA Accountancy LLP
2435 Wilshire, Suite 9090
Los Angeles, California 90010

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 18, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**

The Honorable Robert Kwan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin outside of Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 18, 2016 | Maria R. Viramontes | /s/ Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |