CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, a California corporation

    Debtor.

———————————————————

THE OFFICE COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY

    Plaintiff,

v.

ACE GALLERY NEW YORK CORPORATION, a California Corporation,

    Defendants.

Case No. 2:13-bk-14135-RK

Adv. Case No. 2:15-ap-01679-RK

STIPULATION FOR FURTHER EXTENSION OF TIME TO FILE AN ANSWER

[No Hearing Required]

    Sam S. Leslie ("Leslie"), Plan Agent for Art and Architecture Books of the 21st Century, Inc., the reorganized Debtor pursuant to the Order confirming the Third Amended Plan of

Reorganization of Official Committee of Unsecured Creditors ("Plan") on the one hand, and ACE Gallery New York Corporation, a California corporation, and defendant in the above captioned adversary proceeding ("Defendant"), on the other hand, who hereby represent and Stipulate as following:

RECITALS

A. Debtor filed its Chapter 11 case on February 19, 2013.

B. On March 18, 2016, the Court entered an Order confirming the Plan and, pursuant to the Plan, Leslie assumed his duties as Plan Agent on April 6, 2016. The Official Committee of Unsecured Creditors "(Committee") was thereby dissolved on the Effective Date as defined in the Plan.

C. On December 18, 2015, the Committee filed an adversary proceeding, Case no. 2:13-ap-01679-RK, against Defendant (the "Adversary").

D. The Order confirming the Plan provides in pertinent part: "The Plan Agent is the designated representative of the post-confirmation estate under section 1123(b)(3) of the Bankruptcy Code and shall succeed to the debtor in possession as a fiduciary to prosecute Chapter 5 causes of action (and any other claims) on behalf of the estate."

E. Pursuant a previous stipulation the parties agreed to substitute Leslie in as plaintiff and real party in interest and for an extension of time within which Defendant could file an Answer.

F. Since then Leslie has begun his investigation into the merits of the claims asserted in the Complaint but has not completed his review and analysis of the claims.

G. In the interests of saving costs and to permit a possible resolution, the parties have agreed to further stipulate to an extension of time fo file an Answer.

## STIPULATION

1. The recitals set forth above are hereby incorporated as if set forth in full; and

2. Subject to the entry of an Order approving this Stipulation, the parties stipulate that the time to file an Answer shall be further extended to August 10, 2016.

IT IS SO STIPULATED.

LAW OFFICE OF CAROLYN A. DYE

Dated: June 28, 2016

_____
Carolyn A. Dye, Attorney for Sam S. Leslie, Plan Agent

Dated: June 22, 2016

By: _____
Douglas Chrismas, President

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Stipulation for Further Extension of Time to File Answer will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Carolyn A Dye | trustee@cadye.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |

2. **SERVED BY UNITED STATES MAIL:** On June 29, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ace Gallery New York Corporation
Attn: Douglas Chrismas
5514 Wilshire Blvd.
Los Angeles, CA 90036

Ace Gallery New York Corporation
Attn: Shirley Hoist
13212 Dewey Street
Los Angeles, CA 90036

David Shemano, Esq.
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

3. **SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on June 29, 2016, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan
United States Bankruptcy Judge
Bin Outside of Suite 1682
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 29, 2016

_____
Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1. PROOF OF SERVICE

00004