| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Carolyn A. Dye  (SBN 97527)<br>3435 Wilshire Blvd.<br>Suite 990<br>Los Angeles, CA 90010<br>Telephone: 213/368-5000<br>Facsimile:  213/368-5009<br>Email Address: trustee@cadye.com<br><br>Attorney for Sam S. Leslie,<br>Plan Agent | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY,<br>a California corporation,<br><br>            Debtor.<br><br>THE OFFICE COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY,<br><br>            Plaintiff,<br><br>vs.<br><br>ACE GALLERY NEW YORK CORPORATION, a California Corporation,<br><br>            Defendant. | CASE NUMBER: 2:13-bk-14135-RK<br><br>CHAPTER: 7<br><br>ADVERSARY NO: 2:15-ap-01679-RK<br><br>NOTICE OF LODGMENT OF ORDER RE: STIPULATION FOR FURTHER EXTENSION OF TIME TO FILE ANSWER |

PLEASE TAKE NOTICE that an order entitled Order Approving Stipulation to Further Extend Time to File Answer was lodged on June 26, 2016 and is attached. This Order relates to the Stipulation for Further Extension of Time to File Answer which is Docket Number 33.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                          F 9021-1.2ADV.NOTICE.LODGMENT

**00001**

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
213/368-5000 – Telephone
213/368-5009 – Facsimile
Email: trustee@cadye.com

Attorney for Sam S. Leslie,
Plan Agent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY, a California corporation,<br><br>                    Debtor.<br><br>THE OFFICE COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21ST CENTURY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ACE GALLERY NEW YORK CORPORATION , a California Corporation,<br><br>                    Defendant. | Case No. 2:13-bk-14135-RK<br>         [Chapter 11]<br><br>Adv. No. 2:15-ap-01679-RK<br><br>ORDER APPROVING STIPULATION TO FURTHER EXTEND TIME TO FILE ANSWER<br><br>[No Hearing Required] |

Having considered the Stipulation ("Stipulation") between Sam S. Leslie ("Leslie"), Plan Agent for Art and Architecture Books of the 21st Century, Inc., the reorganized Debtor, pursuant to the Order confirming the Second Amended Plan of Reorganization of

-1-

00002

Official Committee of Unsecured Creditors as Modified ("Plan") and ACE Gallery New York Corporation, a California corporation, and defendant in the above captioned adversary proceeding ("Defendant"), and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is approved; and

    2.    The Defendant shall have until _____, 2016 to file an Answer or responsive pleading.

### # # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Lodgment of Order re: Stipulation for Further Extension of Time to File Answer will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Carolyn A Dye | trustee@cadye.com |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com |
| Daniel A Lev | dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com |
| David J Richardson | drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com |
| Victor A Sahn | vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Jessica Vogel | Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com |

**2.    SERVED BY UNITED STATES MAIL:** On June 29, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Ace Gallery New York Corporation<br>Attn: Douglas Chrismas<br>5514 Wilshire Blvd.<br>Los Angeles, CA 90036 | Ace Gallery New York Corporation<br>Attn: Shirley Hoist<br>13212 Dewey Street<br>Los Angeles, CA 90036 | David Shemano, Esq.<br>Robins Kaplan LLP<br>2049 Century Park East<br>Suite 3400<br>Los Angeles, CA 90067 |

**3.    SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on June 29, 2016, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan
United States Bankruptcy Judge
Bin Outside of Suite 1682
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 29, 2016

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1. PROOF OF SERVICE**

00004