Victor A. Sahn (CA Bar No. 97299)
vsahn@sulmeyerlaw.com
David J. Richardson (CA Bar No. 168592)
drichardson@sulmeyerlaw.com
Asa S. Hami (CA Bar No. 210728)
ahami@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Carolyn A. Dye (CA Bar No. 97527)
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010
Telephone: 213-368-5000
Facsimile: 213-368-5009

Attorneys for Sam Leslie, Plan Agent

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Debtors. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv No. 2:15-ap-01679-RK<br><br>Consolidated with<br>Adv. No. 2:14-ap-01771-RK |
| SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Plaintiff,<br>vs.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; 400 S. LA BREA, LLC, a California limited liability company; JENNIFER KELLEN, an individual, CATHAY BANK, a California corporation, DARYOUSH DAYAN, an individual, KAMRAN GHARIBIAN, an individual, and MICHAEL D. SMITH, an individual,<br><br>Defendants. | **MOTION OF PLAN AGENT TO STRIKE RESPONSE TO MOTION FOR TERMINATING SANCTIONS AND REQUEST FOR CONTINUANCE, TO EXTENT FILED BY OR IN THE NAME OF THE ENTITY DEFENDANTS**<br><br>Date:    January 15, 2019<br>Time:   2:30 p.m.<br>Place:  U.S. Bankruptcy Court<br>         Courtroom 1675<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

DJR\ 2658114v1

1  400 S. La Brea, LLC, a California limited liability company,

2

        Cross-Complainant,

3     v.

4  ACE GALLERY NEW YORK CORPORATION, a California corporation;

5  ACE GALLERY NEW YORK, INC., a dissolved New York corporation; ACE

6  MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; SAM

7  LESLIE as TRUSTEE OF THE PLAN TRUST FOR ART & ARCHITECTURE BOOKS OF

8  THE 21st CENTURY,

9          Cross-Defendants.

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 213.629.4520

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, ALL DEFENDANTS AND THEIR COUNSEL, AND ALL PARTIES IN INTEREST:**

Sam Leslie, Plan Agent (the "Plan Agent") under the confirmed Modified Second Amended Plan of Reorganization of the Official Committee of Unsecured Creditors (the "Plan"),[1] hereby moves this court to strike the Response to Motion for Terminating Sanctions and Request for Continuance [Dkt. No. 481] (the "Opposition") to the extent it was filed on behalf of defendants Ace Museum and Ace Gallery New York Corporation (collectively, the "Entity Defendants"), on the grounds that both of the Entity Defendants are suspended corporations, and are not permitted to take any action in litigation or make any appearance in court under binding California law.

## I.

## DISCUSSION

Revenue & Tax Code Section 23301 provides, in relevant part that, "the corporate powers, rights and privileges of a domestic taxpayer may be suspended" if it does not pay its taxes. Rev. & Tax Code § 23301. The suspension of the corporate powers, rights, and privileges "means a suspended corporation cannot sue or defend a lawsuit while its taxes remain unpaid." Kaufman & Broad Communities, Inc. v. Performance Plastering, Inc., 136 Cal. App. 4th 212, 217-18 (2006) (emphasis added). "Section 23301 is applicable in a federal bankruptcy matter." In re Christian & Porter Aluminum Co., 584 F.2d 326, 332 (9th Cir. 1978).

When a corporation is suspended, it cannot take any action in litigation without violating California law. Weinstock v. Sinatra, 379 F. Supp. 274, 277 (C.D. Cal. 1974) (a suspended corporation cannot defend itself "in any manner" in litigation); Alhambra-Shumway Mines, Inc. v. Alhambra Gold Mine Corp., 155 Cal. App. 2d 46, 50 (1957) (suspended corporation had no right "even to participate" in litigation while suspended). Violation of Section 23301 carries

---

[1] The Plan Agent files this motion under the broadest scope of the Plan Agent's authority, including on behalf of the Plan Agent, the Debtor, the Post Confirmation Debtor, and the Estate (as those terms are defined under the Plan). All references to the Plan Agent are deemed to refer to the Plan Agent, the Debtor, the Post-Confirmation Debtor, and the Estate.

DJR\ 2658114v1         1

1 consequences. Pursuant to Rev. & Tax Code § 19719:

> Any person who attempts or purports to exercise the powers, rights, and privileges of a corporation that has been suspended pursuant to Section 23301 or who transacts or attempts to transact intrastate business in this state on behalf of a foreign corporation, the rights and privileges of which have been forfeited pursuant to the section, is punishable by a fine of not less than two hundred fifty dollars ($250) and not exceeding one thousand dollars ($1,000), or by imprisonment not exceeding one year, or both fine and imprisonment.

Rev. & Tax Code § 19719(a).

This bar against appearing in litigation applies equally whether the Entity Defendants are suspended under the Tax and Revenue Code for non-payment of taxes, or the Corporations Code for failure to file corporate documents. Under either scenario, they are "disabled from participating in any litigation activities." Palm Valley Homeowners Assn., Inc. v. Design MTC, 85 Cal. App. 4th 553, 560 (2000).

This is not some general guidance, or avoidable recommendation. It is a clear rule of law, and "the only exceptions provided by statute are to change the name of the corporation, and to cure the default by filing the missing statement." Id. at 561.[2]

Where a suspended corporation wrongly files pleadings in pending litigation, a motion to strike is properly granted. See Peacock Hill Asso. v. Peacock Lagoon Constr. Co., 8 Cal. 3d 369, 377 (1972) ("[W]e believe that there is no escape from the conclusion that respondent corporation has no right to defend in the instant action, or even to participate therein during the time that its corporate rights were suspended. Therefore the trial court should have granted appellants' motion to strike the pleadings of respondent.") (quoting Alhambra-Shumway Mines, Inc. v. Alhambra Gold Mine Corp., 155 Cal. App. 2d 46 (1957).

Chrismas might argue (since the Entity Defendants cannot appear and argue) that it is

---

[2] Any participation by counsel in litigation while its client is suspended is a violation of California law and sanctionable conduct. Palm Valley Homeowners, 85 Cal. App. 4th at 563-64 ("participating in discovery on behalf of a suspended corporation, knowing that the corporation is suspended, and having reason to know or suspect that such suspension disabled the corporation from participating in the litigation, qualifies as conduct abusive of the discovery process, and thus sanctionable").

DJR\ 2658114v1                     2

1  meaningless to strike a pleading that was filed in the name of not only the Entity Defendants, but

2  also Chrismas individually.  But this Motion to Strike is not about trying to silence all opposition.

3  It is about demonstrating that applicable laws and rules of procedure do actually apply to

4  defendants such as Chrismas and the Entity Defendants, all of whom have been violating

5  California law with knowledge of the Entity Defendants' suspension since August 2015 (among

6  other violations of procedural rules).  It is about ensuring that Chrismas does not come to

7  understand that he can violate rules and applicable law without recognition by this Court of his

8  improper actions, even if the consequences are insignificant at the time.

9   The violations of rules that matter the most for purposes of the pending hearing are those

10  that underscore the grounds for the Plan Agent's Motion for terminating sanctions, and are

11  addressed in that Motion and reply brief filed herewith.  But the Entity Defendants' actions in

12  filing an Opposition with a supporting declaration have also violated California law, and this

13  should not be lost in the larger dispute over terminating sanctions.  Any Opposition filed in the

14  name of the Entity Defendants violates California law, and should be remedied.

15   WHEREFORE, the Plan Agent respectfully requests that this Court strike the Opposition

16  to the extent that it was filed by, or in the name of, the Entity Defendants.

18  DATED: January 8, 2019         **Sulmeyer**Kupetz
                                    A Professional Corporation

21                                  By:  */s/ Victor A. Sahn*
                                         Victor A. Sahn
22                                       David J. Richardson
                                         Attorneys for Sam Leslie, Plan Agent

24  DATED: January 8, 2019         Law Offices of Carolyn A. Dye

26                                  By:  */s/ Carolyn A. Dye*
                                         Carolyn A. Dye
27                                       Attorneys for Sam Leslie, Plan Agent

DJR\ 2658114v1                           3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **MOTION OF PLAN AGENT TO STRIKE RESPONSE TO MOTION FOR TERMINATING SANCTIONS AND REQUEST FOR CONTINUANCE, TO EXTENT FILED BY OR IN THE NAME OF THE ENTITY DEFENDANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 8, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Simon Aron on behalf of Interested Party Courtesy NEF - saron@wrslawyers.com
- Jason Balitzer on behalf of Plaintiff, Cross/Counter-Defendant Sam Leslie as Trustee of the Plan Trust for Art & Architecture Books of the 21st Century - jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com; dwalker@ecf.inforuptcy.com; kmccamey@sulmeyerlaw.com
- Keith Patrick Banner on behalf of Defendant 400 S La Brea, LLC a California limited liability company - kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com
- Brian L Davidoff on behalf of Defendant, Cross-Claimant 400 S La Brea, LLC a California limited liability company - bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com
- Carolyn A Dye on behalf of Plaintiff Sam Leslie - trustee@cadye.com
- Fahim Farivar on behalf of Defendant, Cross-Claimant 400 S La Brea, LLC a California limited liability company - ffarivar@foley.com, amcdow@foley.com; khernandez@foley.com; scvasquez@foley.com
- Alan W Forsley on behalf of Defendants Ace Museum, a California corporation; Ace Gallery New York Corporation, a California corporation; Ace Gallery New York, Inc., a dissolved New York corporation; Douglas Chrismas - alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net,addy.flores@flpllp.com
- J. Bennett Friedman on behalf of Defendant Jennifer Kellen - jfriedman@flg-law.com, msobkowiak@flg-law.com; jmartinez@flg-law.com
- Asa S Hami on behalf of Plaintiff, Cross/Counter-Defendant Sam Leslie as Trustee of the Plan Trust for Art & Architecture Books of the 21st Century - ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; ahami@ecf.inforuptcy.com
- Matthew P Kelly on behalf of Interested Party Courtesy NEF - mkelly@sulmeyerlaw.com
- Daniel A Lev on behalf of Plaintiff, Cross/Counter-Defendant Sam Leslie as Trustee of the Plan Trust for Art & Architecture Books of the 21st Century - dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com; dwalker@sulmeyerlaw.com
- Ashley M McDow on behalf of Defendant, Cross/Counter-Claimant 400 S La Brea, LLC a California limited liability company - amcdow@foley.com, scvasquez@foley.com; Ffarivar@foley.com
- Krikor J Meshefejian on behalf of Interested Party Courtesy NEF - kjm@lnbrb.com
- Susan I Montgomery on behalf of Interested Party Susan I. Montgomery - susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com; montgomerysr71631@notify.bestcase.com
- Kurt Ramlo on behalf of Interested Party Courtesy NEF - kr@lnbyb.com, kr@ecf.inforuptcy.com
- David J Richardson on behalf of Plaintiff, Cross-Defendant Sam Leslie - drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com
- Ronald Rus on behalf of Defendant 400 S La Brea, LLC a California limited liability company - rrus@brownrudnick.com, tlangford@brownrudnick.com
- Victor A Sahn on behalf of Plaintiff, Cross-Defendant Sam Leslie as Trustee of the Plan Trust for Art & Architecture Books of the 21st Century - vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com
- Michael C Schneidereit on behalf of Interested Party AERC Desmond's Tower, LLC - mschneidereit@jonesday.com, scollymore@jonesday.com; tckowalski@jonesday.com
- David B Shemano on behalf of Defendants Ace Museum, a California corporation/Douglas Chrismas - dshemano@shemanolaw.com
- Jonathan Shenson on behalf of Interested Party Jonathan Seligmann Shenson - jshenson@shensonlawgroup.com
- Mark Shinderman on behalf of Mediator Mark Shinderman - mshinderman@milbank.com, dmuhrez@milbank.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
- Michael W Vivoli on behalf of Defendant, Cross-Claimant 400 S La Brea, LLC a California limited liability company/Witness Fortuna Asset Management/Witness Kamran Gharibian - auzcategui@vivolilaw.com, sbrown@vivolilaw.com
- Jessica Vogel on behalf of Interested Party Courtesy NEF - Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com; mviramontes@sulmeyerlaw.com
- Howard J Weg on behalf of Defendant Ace Museum, a California corporation - hweg@robinskaplan.com
- Beth Ann R Young on behalf of Interested Party Courtesy NEF - bry@lnbyb.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 8, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan – **VIA PERSONAL DELIVERY**
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012 - Bin outside of Suite 1682

**Attorneys for Cathay Bank – VIA EMAIL (courtesy copy)**
Reed S. Waddell, Esq.
Frandzel Robins Bloom & Csato, L.C.
E-mail:  rwaddell@frandzel.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2019 | Andrea Gonzalez | */s/ Andrea Gonzalez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**