Marc A. Lieberman, Esq. (SBN 157318)
marc.lieberman@flpllp.com
Alan W. Forsley, Esq. (SBN 180958)
alan.forsley@flpllp.com
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone:    (310) 284-7350
Facsimile:    (310) 432-5999

Attorneys for Defendants ACE Museum, Douglas Chrismas, and ACE Gallery New York Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART & ARCHITECTURE BOOKS OF THE 20TH CENTURY,<br><br>Debtor,<br><br>SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 20TH CENTURY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE GALLERY NEW YORK, CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; SHIRLEY HOLST, an individual,<br><br>Defendants. | Case No: 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv. Case No. 2:15-ap-01679-RK<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE RESPONSE TO MOTION FOR TERMINATING SANCTIONS**<br><br>Hearing:<br>Date:    January 15, 2019<br>Time:    2:30 p.m.<br>Place:    Courtroom 1675 |

1

Defendants ACE Museum, a California corporation and ACE Gallery New York Corporation (collectively "**Defendants**") hereby file this Opposition to plaintiff Sam Leslie's ("**Plaintiff**") Motion of Plan Agent to Strike Response to Motion for Terminating Sanctions and Request for Continuance (the "**Motion**").

## I.
## INTRODUCTION

The Court should deny the Motion because there is insufficient notice given, and even if notice were proper Defendants have the right to request a continuance of the hearing date notwithstanding their suspended corporate status.

## II.
## THE MOTION SHOULD BE DENIED BECAUSE OF IMPROPER NOTICE

Pursuant to Local Bankruptcy Rule 9013-1, a "notice of motion and motion must be filed and served not later than 21 days before the hearing date designated in the notice ...." Plaintiff's Motion was filed on January 8, 2019 only seven days before the January 15, 2019 hearing date. The Motion was not served with the required 21 days notice, so it should be denied.

## III.
## A SUSPENDED CORPORATION CAN REQUEST A CONTINUANCE

Plaintiff's argument that suspended corporate defendants "are not permitted to take any action in litigation or make any appearance in court under binding California law" is not correct. Motion, pg. 1. When a corporate party learns of its inactive status it cannot continue to engage in full litigation, but it can: (1) argue that its inactive status was waived as a result of a party's failure to timely raise the defense, or (2) request that the court continue the hearing to allow it to restore its inactive status. Cadle Co. v. World Wide Hospitality Furniture, Inc., (2006) 144 Cal.App.4th 504, 511-512. In Cadle, the parties

learned that World-Wide Rattan, Inc.'s ("**Rattan**") corporate status was suspended on the day of trial. The unsympathetic trial court then granted Plaintiff's motion to preclude Rattan from defending the suit. In reversing, the Court of Appeal stated "the trial court imposed too harsh a remedy," and that "at the corporation's request, the proceedings may be briefly continued to permit the incapacitated entity to secure reinstatement …." Id., at 513. In following the <u>Cadle</u> decision, Defendants have properly requested that the Court continue Plaintiff's termination motion hearing date to give them sufficient time to become reinstated. Accordingly, there is no basis to strike Defendants' response to Plaintiff's motion for terminating sanctions.

DATED: January 9, 2019                     FREDMAN LIEBERMAN PEARL LLP

                                           By: /s/ Alan Forsley
                                           Marc A. Lieberman, Esq.
                                           Alan W. Forsley, Esq.
                                           Attorneys for Douglas Chrismans, ACE Museum,
                                           and ACE Gallery New York Corporation

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
FREDMAN LIEBERMAN PEARL LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE RESPONSE TO MOTION FOR TERMINATING SANCTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 9, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 9, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Chambers of the Honorable
Robert N. Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2019 | ADELAIDA FLORES | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE LIST
## VIA ECF

- Simon Aron    saron@wrslawyers.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Carolyn A Dye    trustee@cadye.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- Asa S Hami    ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Matthew P Kelly    mkelly@sulmeyerlaw.com
- Daniel A Lev    dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Susan I Montgomery    susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David J Richardson    drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com
- Ronald Rus    rrus@brownrudnick.com, tlangford@brownrudnick.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Michael C Schneidereit    mschneidereit@jonesday.com, scollymore@jonesday.com;tckowalski@jonesday.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael W Vivoli    auzcategui@vivolilaw.com, sbrown@vivolilaw.com
- Jessica Vogel    Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- Howard J Weg    hweg@robinskaplan.com
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE