Marc A. Lieberman, Esq. (SBN 157318)
marc.lieberman@flpllp.com
Alan W. Forsley, Esq. (SBN 180958)
alan.forsley@flpllp.com
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone: (310) 284-7350
Facsimile: (310) 432-5999

Attorneys for Defendants ACE Museum, Ace Gallery New York Corporation and Douglas Chrismas

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART & ARCHITECTURE BOOKS OF THE 20TH CENTURY,<br><br>Debtor,<br><br>SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 20TH CENTURY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE GALLERY NEW YORK, CORPORATION, a California corporation; ACE GALLERY NEW YORK, INC., a New York corporation; ACE MUSEUM, a California corporation; DOUGLAS CHRISMAS, an individual; SHIRLEY HOLST, an individual,<br><br>Defendants. | Case No: 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv. Case No. 2:15-ap-01679-RK<br><br>**SUPPLEMENTAL DECLARATION OF MARC A. LIEBERMAN RE: REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR TERMINATING SANCTIONS**<br><br>Hearing:<br>Date: January 15, 2019<br>Time: 2:30 p.m.<br>Place: Courtroom 1675 |

---

1
*Supplemental Declaration of Marc A. Lieberman Re: Request for Continuance of Hearing on Motion for Terminating Sanctions*

# DECLARATION OF MARC A. LIEBERMAN

I, Marc A. Lieberman, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California and before this Court. I am a principal of the law firm of Fredman Lieberman Pearl LLP, counsel to ACE Gallery New York Corporation ("**Ace NYC**"), a suspended California corporation, Ace Museum ("**Ace Museum**"), a suspended California corporation, and Douglas Chrismas ("**Chrismas**"), an individual. I have personal knowledge of the facts set forth herein and, if called to testify could and would competently testify thereto. (Ace Museum and Ace NYC hereinafter collectively "**Entity Defendants**.")

2. Attached hereto collectively as **Exhibit "A"** are communications (including a payment receipt) from the California Secretary of State evidencing Ace Museum's efforts to become reinstated by paying on January 10, 2019 its delinquent tax obligation totaling $50.00.

I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed this 11th day of January 2019 at Los Angeles, California.

_____
MARC A. LIEBERMAN

# EXHIBIT A

3

Official Payments - Pay Taxes, Utility Bills, Tuition & More Online                     1/10/19  11:55 AM

This is a "printer friendly" page. Please use the "print" option in your browser to print this screen


# OFFICIAL PAYMENTS



## California Franchise Tax Board - Business Entity Taxes
### Corporation Taxes

**Confirmation Number:** 037959
**Payment Date:** Thursday, January 10, 2019
**Payment Time:** 11:54AM PT

**Payer Information**

| | |
|---|---|
| Entity Name | ACE MUSEUM |
| Entity ID (7 digits) | 3214279 |
| FEIN | 270410240 |
| Name | DOUGLAS CHRISMAS |
| Street Address | 8306 WILSHIRE BLVD STE 773 |
| | BEVERLY HILLS, CA 90211 |
| | United States |
| Daytime Phone Number | (212) 255 - 5610 |
| E-mail Address | acegallerynewyork@acegallerynewyork.com |
| Corporate Form Types | Form 199 Payments |
| Payment Types: | Bill Payment |
| Account Period Beginning Date (MM/DD/YY) | 01/01/17 |
| Account Period Ending Date (MM/DD/YY) | 12/31/17 |

**Card Information**

| | |
|---|---|
| Card Type | Visa |
| Card Number | *************0415 |

**Payment Information**

| | |
|---|---|
| Payment Type | Corporation Taxes |
| Payment Amount | $50.00 |
| Convenience Fee | $1.15 |
| Total Payment | $51.15 |

Thank you for using Official Payments. If you have a question regarding your payment, please call us toll free at 1-866-621-4109. To make payments in the future, please visit our website at www.officialpayments.com.



Copyright © 2019 Official Payments Corporation. All Rights Reserved.
Official Payments Corporation is a licensed money transmitter in 44 states, the District of Columbia, and Puerto Rico.
Official Payments is not required to be licensed as a money transmitter in Indiana, Massachusetts, Montana, New Mexico, South Carolina or Wisconsin.

https://www.officialpayments.com/pc_step5_print.jsp                               Page 1 of 1


EXHIBIT A Page 4

From: **Official Payments - Customer Service**
Subject: Confirmation of Payment
Date: January 10, 2019 at 11:55 AM
To: DOUGLAS CHRISMAS

Official Payments

Dear Official Payments Customer:

Thank you for selecting Official
Payments Corporation for electronic payment of Corporation Taxes. Your payment
of $50.00 was sent to California Franchise Tax Board - Business Entity Taxes on 01-10-2019
Your
confirmation number is 037959

To check the status of
your payment, visit the Official Payments Corporation Web site at
https://www.officialpayments.com/pc_paym.jsp. Please be prepared to provide
your e-mail address acegallerynewyork@acegallerynewyork.com and one of the following two
items.

-Your confirmation number, 037959

OR

-The last four digits of the card you used for payment, 0418

To become a registered user of Official
Payments Corporation, enabling you to access your complete tax and fee
payment history, visit our Web site at
https://www.officialpayments.com/pc_sign.jsp.

Again, thank you for
using Official Payments Corporation. We hope you enjoy the convenience, cash
management, and payment card benefits earned from your
payment.

Customer Service

Official Payments
Corporation

Questions? Call toll-free 1-800-487-4567.

Did you

EXHIBIT A Page 5



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO Box 942857
Sacramento CA 94257-0511

Telephone: (888) 635-0494

EX 12

906747031411    Notice Date  05/18/18

00000000321427900003051816817·+·+·+·+·+·+·0000000500000

## EXEMPT ORGANIZATION FINAL NOTICE BEFORE LEVY

☐ Check this box and indicate new address on reverse

ACE MUSEUM
5514 WILSHIRE BLVD
LOS ANGELES CA 90036-3829

Corporation Number: 3214279000
Taxable Year(s):
12/17

Balance Due  **$50.00**

Final Date for Payment
**06/02/18**

Return the above part with your payment. ↑

Keep this part for your records. ↓

## EXEMPT ORGANIZATION FINAL NOTICE BEFORE LEVY

| Notice Date: | 05/18/18 | Corporation Number: | 3214279000 |
| Taxable Year(s): | 12/17 | Balance Due | $50.00 |
| | | Final Date for Payment | 06/02/18 |

We previously sent your organization a notice to pay the balance due on the account. This amount remains unpaid.

This is a formal legal demand that the organization pays the balance due in full today. Partial payment will not stop collection action. In addition, the organization must file all tax returns noted below and pay the related fees, tax, penalties, and interest. If you fail to comply, we may take the following collection actions:

- Attach corporation accounts receivable and/or bank accounts
- File a state tax lien against corporation property
- Contact third parties
- Issue warrants to seize and sell corporation property
- Suspend or forfeit the corporation's rights, powers and privileges

**You must pay the full amount by 06/02/18 to avoid additional interest, penalties, and fees.**
If the corporation is not required to pay by Electronic Funds Transfer (EFT), make your check or money order payable to the Franchise Tax Board and mail it to: FRANCHISE TAX BOARD, PO Box 942857 Sacramento CA 94257-0511.

To ensure proper credit to your account, please write your corporation name and number on the front of your payment, and return it with the top part of this notice. If you write to us, please include the name, address, and daytime telephone number of an authorized person whom we may contact if we need additional information regarding the corporation.

The amount due reflects all payments and credits received through April 26, 2018. If you paid the full amount after this date please disregard this notice. If you paid the full amount before this date, contact us immediately with proof of payment such as the number we stamped on your canceled check.
If payment in full is not received within 30 days of the date of this notice **a state tax lien may be filed** against your property per Government Code section 7171.

### SUMMARY OF BALANCE DUE

| YEARS | TAX | PENALTY | INTEREST | FEES | EST. CREDITS | PAYMENTS | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/17 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| | | | | | pd 04/10/19 | | |
| **RETURN(S) DUE:** | | | | | **PAY THIS AMOUNT:** | | **$50.00** |

906747031411    Please see the enclosure for important information.

FTB 9067 BC (REV 03-2014)

EXHIBIT A Page 6



# State of California
## Secretary of State

**Statement of Information**
(Domestic Nonprofit, Credit Union and General Cooperative Corporations)

Filing Fee: $20.00. If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

N

**G300195**

**FILED**

In the office of the Secretary of State
of the State of California

**JAN-08 2019**

| 1 | CORPORATE NAME |
|---|---|
| | ACE MUSEUM |

| 2 | CALIFORNIA CORPORATE NUMBER |
|---|---|
| | C3214279 |

This Space for Filing Use Only

**Complete Principal Office Address** (Do not abbreviate the name of the city. Item 3 cannot be a P.O. Box)

| 3 | STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | 8306 WILSHIRE BLVD STE 773, BEVERLY HILLS, CA 90036 | | | |
| 4 | MAILING ADDRESS OF THE CORPORATION | CITY | STATE | ZIP CODE |
| | 8306 WILSHIRE BLVD SRE 773, BEVERLY HILLS, CA 90036 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5 | CHIEF EXECUTIVE OFFICER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | DOUGLAS CHRISMAS | 8306 WILSHIRE BLVD STE 773, BEVERLY HILLS, CA 90036 | | | |
| 6 | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| | DOUGLAS CHRISMAS | 8306 WILSHIRE BLVD STE 773, BEVERLY HILLS, CA 90036 | | | |
| 7 | CHIEF FINANCIAL OFFICER | ADDRESS | CITY | STATE | ZIP CODE |
| | DOUGLAS CHRISMAS | 8306 WILSHIRE BLVD SE 773, BEVERLY HILLS, CA 90036 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 9 must be left blank.

| 8 | NAME OF AGENT FOR SERVICE OF PROCESS |
|---|---|
| | MARK LIEBERMAN |

| 9 | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | 1875 CENTURY PARK E STE 2230, LOS ANGELES, CA 90067 | | | |

**Common Interest Developments**

10. ☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Stirling Common Interest Development Act (California Civil Code section 4000 et seq.) or under the Commercial and Industrial Common Interest Development Act (California Civil Code section 6500 et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). Please see instructions on the reverse side of this form.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| 01/08/2019 | DOUGLAS CHIRSMAS | PRES | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-100 (REV 01-2016)    APPROVED BY SECRETARY OF STATE

EXHIBIT A Page 7

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN LIEBERMAN PEARL LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF MARC A. LIEBERMAN RE: REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR TERMINATING SANCTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 9, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 11, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Chambers of the Honorable
Robert N. Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2019 | ADELAIDA FLORES | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE LIST
## VIA ECF

- Simon Aron    saron@wrslawyers.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Carolyn A Dye    trustee@cadye.com
- Fahim Farivar    ffarivar@foley.com, amcdow@foley.com;scvasquez@foley.com;scvasquez@foley.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- Asa S Hami    ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Matthew P Kelly    mkelly@sulmeyerlaw.com
- Daniel A Lev    dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- Ashley M McDow    amcdow@foley.com, scvasquez@foley.com;Ffarivar@foley.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Susan I Montgomery    susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- David J Richardson    drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com
- Ronald Rus    rrus@brownrudnick.com, tlangford@brownrudnick.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Michael C Schneidereit    mschneidereit@jonesday.com, scollymore@jonesday.com;tckowalski@jonesday.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael W Vivoli    auzcategui@vivolilaw.com, sbrown@vivolilaw.com
- Jessica Vogel    Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- Howard J Weg    hweg@robinskaplan.com
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE