Victor A. Sahn (CA Bar No. 97299)
vsahn@sulmeyerlaw.com
David J. Richardson (CA Bar No. 168592)
drichardson@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Carolyn A. Dye (CA Bar No. 97527)
Law Offices of Carolyn A. Dye
3435 Wilshire Boulevard, Suite 990
Los Angeles, CA 90010
Telephone: 213-368-5000
Facsimile: 213-368-5009

Attorneys for Sam Leslie, Plan Agent



**FILED & ENTERED**

**MAR 20 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>    Debtors.<br><br>SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>    Plaintiff,<br>vs.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; et al.<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv No. 2:15-ap-01679-RK<br><br>Consolidated with Adv. No. 2:14-ap-01771-RK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS COUNTERCLAIMS OF DOUGLAS CHRISMAS**<br><br>Hearing:<br>Date:        March 13, 2019<br>Time:        1:30 p.m.<br>Courtroom:   1675 |

The Motion to Dismiss Counterclaims of Douglas Chrismas (the "Motion") [Dkt. No. 511], filed by Sam S. Leslie (the "Plan Agent"), Plan Agent for the post-confirmation chapter 11 estate of Art & Architecture Books of the 21st Century (the "Debtor"), came on for hearing in this Court on Wednesday, March 13, 2019, at 1:30 p.m., by which the Plan Agent sought dismissal of the Counter-Complaint Against Art & Architecture Books of the 21st Century (the "Counterclaims") [Dkt. No. 497] filed on January 31, 2019, by Douglas Chrismas ("Mr. Chrismas").  This Court having considered the Motion, the opposition brief filed by Mr. Chrismas, the reply brief filed by the Plan Agent, and the declarations and exhibits filed in support of each of the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. the Motion is granted in part, and denied in part;

2. the Second Counterclaim is dismissed in its entirety without leave to amend, and all other Counterclaims to the extent they are alleged to have been assigned to Mr. Chrismas by Ace Museum, are dismissed without leave to amend;

3. the First, Third, Fourth and Fifth Counterclaims are dismissed without **prior** leave **of court** to amend as to property not identified by Mr. Chrismas in the Counterclaims, either in Schedule 1 thereto, or elsewhere in the Counterclaims;

4. the First, Third, Fourth and Fifth Counterclaims are not dismissed to the extent that they plead claims that are personal to Mr. Chrismas (not assigned by Ace Museum), but solely as to property identified in Schedule 1 or elsewhere in the Counterclaims (the "Surviving Counterclaims");

5. the Motion is denied as to the Plan Agent's quasi-judicial immunity arguments, as the Counterclaims plead their claims solely against the post-confirmation Debtor as the party alleged to have possession of the claimed assets, and therefore any allegations that are pleaded against the Plan Agent are pleaded solely in his representative capacity;

6. the Motion is denied as to the Plan Agent's judicial estoppel arguments as these raise issues of disputed facts that are not properly resolved on a Motion to dismiss; and

7. The Plan Agent has fourteen (14) days from entry of this Order to serve and file his response to the Surviving Counterclaims on behalf of the post-confirmation Debtor.

###

Date: March 20, 2019

_____
Robert Kwan
United States Bankruptcy Judge

2660283v2

3