1  Victor A. Sahn (CA Bar No. 97299)
    vsahn@sulmeyerlaw.com
2  David J. Richardson (CA Bar No. 168592)
    drichardson@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
  A Professional Corporation
4  333 South Grand Avenue, Suite 3400
  Los Angeles, California 90071
5  Telephone: 213.626.2311
  Facsimile: 213.629.4520

6

7  Carolyn A. Dye (CA Bar No. 97527)
  Law Offices of Carolyn A. Dye
  3435 Wilshire Boulevard, Suite 990
8  Los Angeles, CA 90010
  Telephone: 213-368-5000
9  Facsimile: 213-368-5009

10  Attorneys for Sam Leslie, Plan Agent



FILED & ENTERED

MAR 28 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>        Debtors.<br><br>SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>        Plaintiff,<br>vs.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; et al.<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv No. 2:15-ap-01679-RK<br><br>Consolidated with Adv. No. 2:14-ap-01771-RK<br><br>**JUDGMENT AGAINST DEFENDANTS ACE MUSEUM AND ACE GALLERY NEW YORK CORPORATION**<br><br>Hearing:<br>Date:      March 13, 2019<br>Time:     1:30 p.m.<br>Courtroom:  1675 |

//
//

The Motion Pursuant to F.R.C.P. 37 and F.R.B.P. 7037 to Issue Terminating Sanctions Against Defendants Ace Museum and Ace Gallery New York Corporation for Breaching the Court's October 18, 2018 Order to Respond to Discovery (the "Motion") [Dkt. No. 478], filed by Sam S. Leslie (the "Plan Agent"), Plan Agent for the post-confirmation chapter 11 estate of Art & Architecture Books of the 21st Century (the "Debtor"), came on for hearing in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, Courtroom 1675, on Wednesday, March 13, 2019, at 1:30 p.m.  This Court having considered all pleadings filed in relation thereto, and the arguments of counsel, having granted the Motion, and good cause appearing therefor,

**IT IS HEREBY ADJUDGED AND DECREED** that judgment shall be entered in favor of the Plan Agent, and against Ace Museum and Ace Gallery New York Corporation as follows:

1. against Ace Museum on the Twentieth (for Money Had and Received), Twenty-First (for Money Lent), Twenty-Second (for Open Book Account), Twenty-Third (for Account Stated), and Twenty-Fourth (Breach of ContracT) Claims for Relief pleaded in the Plan Agent's Fifth Amended Consolidated Complaint, for damages of $3,187,539.80, plus $47,201.04 in fees and costs; and

2. against Ace Museum and Ace Gallery New York Corporation on the First (for Avoidance of Post-Petition Transfers Under 11 U.S.C. § 549), Second (for Avoidance of Transfers Under 11 U.S.C. § 544 and Cal. Civil Code § 3439.04(a)(1)), Third (for Avoidance of Transfers Under 11 U.S.C. § 544 and Cal. Civil Code § 3439.04(a)(2)), Fourth (for Avoidance of Transfer Under 11 U.S.C. § 544 and Cal. Civil Code § 3439.05), Fifth (for Avoidance of Transfer Under 11 U.S.C. § 548(a)(1)(A)), Sixth (for Avoidance of Transfer Under 11 U.S.C. § 548(a)(1)(B)), Seventh (for Avoidance of Transfer Under 11 U.S.C. § 547), Eighth (for Recovery of Transfer Under 11 U.S.C. § 550), Ninth (for Preservation of Transfer Under 11 U.S.C. § 551), Tenth (For Turnover of Property of the Estate Under 11 U.S.C. § 542), and Eleventh (For Conversion of Property of the Estate) Claims for Relief pleaded in the Plan Agent's Fifth Amended Consolidated

Complaint, with damages to be proven at a hearing to be held contemporaneous with trial in the above-captioned adversary proceeding.

### # # #

Date: March 28, 2019

_____
Robert Kwan
United States Bankruptcy Judge