BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@ggfirm.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067-4590
Telephone:    (310) 553.3610
Fax:          (310) 553.0687

Attorneys for Defendants
400 S. La Brea, LLC, Daryoush Dayan, Kamran Gharibian and Michael D. Smith

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Debtors. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv No. 2:15-ap-01679-RK<br><br>Consolidated with Adv. No. 2:14-ap-01771-RK |
| SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Plaintiff,<br>vs.<br><br>ACE GALLERY NEW YORK CORPORATION, a California corporation; et al.<br><br>Defendants. | **SECOND STIPULATION AND REQUEST TO FURTHER EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY, TO RE-SET EXPERT DEPOSITION DATES AND TO SET A DEADLINE FOR SUMMARY JUDGMENT MOTIONS**<br><br>**No Hearing Set** |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

00101-00002/4300048.3

This *Second Stipulation and Request to Further Extend Deadline to Complete Expert Discovery* (this "Stipulation") is entered into among: 400 S. La Brea LLC ("400 SLB") and Defendants Daryoush Dayan ("Dayan"), Kamran Gharibian ("Gharibian") and Michael D. Smith ("Smith" and, collectively with 400 SLB, Dayan, and Gharibian, the "400 SLB Defendants"), Cathay Bank ("Cathay"), and Sam Leslie (the "Plan Agent"), in his capacity as the Plan Agent, of Debtor Art & Architecture Books of the 21st Century (collectively, the "Parties"). This Stipulation is based upon the following facts:

A. The following experts designated by the Parties have served expert reports in this adversary proceeding pursuant to F.R.C.P. 26(a)(2)(B):

- Plan Agent- Robert S. Marticello and Jennifer Ziegler;
- For 400 S. La Brea- Anthony E. Fitzgerald and Jason A. Engel;
- Cathay Bank – Nicholas R. Troszak.

B. Douglas Chrismas, Jennifer Kellen and Raymond Pettibon, other defendants in this case, have not designate any experts pursuant to F.R.C.P. 26(a)(2)(B).

C. On February 14, 2022, the Parties filed their *Stipulation and Request to Further Extend Deadline to Complete Expert Discovery and to Set Expert Deposition Dates* [Docket No. 1241] (the "First Stipulation"), which was approved by order entered by the Court on February 15, 2022 (the "First Order").

D. Pursuant to the First Stipulation and First Order, no later than February 18, 2022 the Parties were required to provide available deposition dates for their respective designated experts within the following time windows:

- Robert S. Marticello, between February 21 and February 28;
- Anthony E. Fitzgerald, between March 8 to March 12;
- Jennifer Ziegler, between March 14 and March 18;
- Jason E. Engel, between April 11 and April 15; and
- If the Plan Agent notifies Cathay Bank that it does intend to take the deposition of Nicholas R. Troszak, then Cathay Bank will make Mr. Troszak available between April 18 and April 25.

2

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

E.  Since the filing of the First Stipulation, only Mr. Marticello, Ms. Ziegler and Mr. Engel were identified as experts to be deposed within the applicable windows for each.

F.  As to Mr. Engel, the Parties agreed to a deposition window of April 11 and April 15, but no specific date has yet been selected by the Plan Agent.

G.  As to Ms. Ziegler, the Parties agreed to a deposition date of April 18, 2022. Following the selection of this date, 400 SLB issued a subpoena on Ms. Ziegler to compel her attendance (the "Ziegler Subpoena"). After counsel for the Plan Agent did not respond to requests to accept service of the Ziegler Subpoena, 400 SLB successfully served the Ziegler Subpoena on Ms. Ziegler personally on March 11, 2022 via process server.

H.  As to Mr. Marticello, no date was timely provided by the Plan Agent by the February 18, 2022 deadline under the First Stipulation and First Order, and therefore 400 SLB selected March 10, 2022 for Mr. Marticello's deposition and issued a subpoena to compel Mr. Marticello's attendance (the "Marticello Subpoena"). After counsel for the Plan Agent did not respond to requests to accept service of the Marticello Subpoena, 400 SLB attempted to personally serve Mr. Marticello, but was unsuccessful. With no response from the Plan Agent's counsel and the unsuccessful service of the Marticello Subpoena, the scheduled deposition of Mr. Marticello did not go forward.

I.  As to Mr. Fitzgerald, no specific date was selected by the Plan Agent.

J.  The Parties have in the interim been discussing possible settlement and in connection therewith discussed re-scheduling the depositions of Mr. Marticello, Ms. Ziegler and Mr. Engel, as well as the deadline to file summary judgment motions, and have reached an agreement to modify certain terms of the First Stipulation and First Order, as set forth herein.

NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:

1.  The deposition of Mr. Marticello shall be held via remote connection on April 8, 2022 starting at 9:00 a.m. ("Rescheduled Marticello Deposition"). The Marticello Subpoena is deemed to apply to the Rescheduled Marticello Deposition, without further action required of 400 SLB, and counsel for the Plan Agent hereby agrees to accept service of the Marticello Subpoena on Mr. Marticello's behalf.

3

2. The deposition of Ms. Ziegler shall be held via remote connection on April 20, 2022 starting at 9:00 a.m. ("Rescheduled Ziegler Deposition"). The Ziegler Subpoena is deemed to apply to the Rescheduled Ziegler Deposition, without further action required of 400 SLB, and, to the extent necessary, counsel for the Plan Agent hereby agrees to accept service of the Ziegler Subpoena on Ms. Ziegler's behalf.

3. The deposition of Mr. Engel shall be held via remote connection on a date between May 9-13, 2022, starting at 9:00 a.m., with such date to be specifically determined within that period, by notice from the Plan Agent to be given on or before April 22, 2022, ("Rescheduled Engel Deposition"). Should the Plan Agent opt to issue a subpoena to compel Mr. Engel's attendance to the Rescheduled Engel Deposition, counsel for 400 SLB will accept service.

4. The Plan Agent reserves its rights to take deposition of Mr. Fitzgerald and 400 SLB reserves its rights to oppose same.

5. The deadline for completion of all discovery in this adversary proceeding shall be May 16, 2022.

6. The deadline to file all motions for summary judgement or partial summary judgment, under FRCP 56 (as applied in Bankruptcy Rule 7056 to this adversary proceeding), shall be June 30, 2022.

7. Except as modified herein, the terms of the First Stipulation and First Order remain binding on the Parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4

00101-00002/4300048.3

DATED: March 24, 2022

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Brian L. Davidoff

BRIAN L. DAVIDOFF
KEITH PATRICK BANNER
Attorneys for 400 S. La Brea, LLC, Daryoush Dayan, Kamran Gharibian, Michael D. Smith

DATED: March 25, 2022

THOMAS, ALEXANDER, FORRESTER & SORENSEN LLP

By: /s/ Steven Thomas

STEVEN THOMAS
STEPHEN SORENSEN
Attorneys for Sam S. Leslie, Plan Agent

DATED: March __, 2022

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LICENBERG & RHOW, P.C.

By: _____

EKWAN E. RHOW
ELLIOT C. HARVEY SCHATMEIER
Attorneys for Cathay Bank

5

00101-00002/4300048.3

DATED: March __, 2022

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
BRIAN L. DAVIDOFF
KEITH PATRICK BANNER
Attorneys for 400 S. La Brea, LLC, Daryoush Dayan, Kamran Gharibian, Michael D. Smith

DATED: March __, 2022

THOMAS, ALEXANDER, FORRESTER & SORENSEN LLP

By: _____
STEVEN THOMAS
STEPHEN SORENSEN
Attorneys for Sam S. Leslie, Plan Agent

DATED: March 24, 2022

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LICENBERG & RHOW, P.C.

By: /s/ Elliot H.S.
EKWAN E. RHOW
ELLIOT C. HARVEY SCHATMEIER
Attorneys for Cathay Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): SECOND STIPULATION AND REQUEST TO FURTHER EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY, TO RE-SET EXPERT DEPOSITION DATES AND TO SET A DEADLINE FOR SUMMARY JUDGMENT MOTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/24/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/24/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/24/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger
The Honorable Robert N. Kwan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/24/2022 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Simon Aron    saron@wrslawyers.com, eweiman@wrslawyers.com,msigall@wrslawyers.com,moster@wrslawyers.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Carolyn A Dye    trustee@cadye.com
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- Michael I. Gottfried    mgottfried@elkinskalt.com
- Asa S Hami    ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
- Elliot C Harvey Schatmeier    ehs@birdmarella.com, dthrockmorton@birdmarella.com
- Matthew P Kelly    mkelly@sulmeyerlaw.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Krikor J Meshefejian    kjm@lnbyg.com
- Susan I Montgomery    susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
- Kurt Ramlo    kr@lnbyg.com, kr@ecf.inforuptcy.com
- Ekwan E Rhow    eer@birdmarella.com, blee@birdmarella.com
- David J Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Ronald Rus    rrus@brownrudnick.com, tlangford@brownrudnick.com
- David V Sack    dsack@sulmeyerlaw.com, dvsack@gmail.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- Michael C Schneidereit    mschneidereit@jonesday.com, scollymore@jonesday.com;tckowalski@jonesday.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Seligmann Shenson    jshenson@shensonlawgroup.com
- Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- Michael D Sobkowiak    msobkowiak@flg-law.com, jfriedman@flg-law.com;jmartinez@flg-law.com
- Stephen Sorensen    , joseperez@tafsattorneys.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael W Vivoli    mvivoli@vivolilaw.com, sbrown@vivolilaw.com
- Jessica Vogel    Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com
- Howard J Weg    hweg@robinskaplan.com
- Steven Werth    swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com
- Roye Zur    rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com;1648609420@filings.docketbird.com