**FILED & ENTERED**

AUG 04 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Debtor. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br>Adv. No. 2:15-ap-01679-RK<br><br>Consolidated with Adv. No. 2:14-ap-01771-RK and 2:15-ap-01680-RK<br><br>**ORDER CONTINUING HEARING ON CATHAY BANK'S MOTION FOR SUMMARY JUDGMENT** |
| SAM LESLIE, PLAN AGENT FOR ART & ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE GALLERY NEW YORK CORPORATION, et al.,<br><br>Defendants. | Hearing<br>Old Date:  August 10, 2022<br>Old Time:  1:30 p.m.<br>New Date:  August 16, 2022<br>New Time:  1:30 p.m.<br><br>Place:  Courtroom 1675<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California  90012 |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

The court on its own motion continues the hearing on Defendant Cathay Bank's

-1-

Motion for Summary Judgment re: (1) Recovery of Transfers Pursuant to 11 U.S.C. § 550 from Cathay Bank (8th Claim of Relief), (2) Preservation of Transfers Pursuant to 11 U.S.C. § 550 from Cathay Bank (9th Claim for Relief) (Docket No. 1309), from Wednesday August 10, 2022 at 1:30 p.m. to Tuesday August 16, 2022 at 1:30 p.m.

The court wants more time to consider the moving, opposing and reply papers, which are voluminous.

The hearing location will remain the same in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012. No appearances are required on August 10, 2022.

IT IS SO ORDERED.

###

Date: August 4, 2022

_____
Robert Kwan
United States Bankruptcy Judge